IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FREDERICK B. SPENCER, III,        )
                                  )
             Plaintiff,           )
                                  )
       v.                         )    1:04CV1150
                                  )
H. TERRY HUTCHENS, as Substitute  )
Trustee, CHASE MANHATTAN          )
MORTGAGE CORPORATION, and         )
RBC MORTGAGE COMPANY,             )
                                  )
             Defendants.          )

## **J U D G M E N T**

**Eliason, Magistrate Judge**

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Judgment is hereby entered pursuant to this Order and the September 1, 2006 Order that Chase Manhattan Mortgage Corporation recover from Plaintiff Frederick B. Spencer, III, the amount of $246,495.11, plus interest at the rate of 5.875% accruing since December 2, 2003 until entry of Judgment in the amount of $42,849.59, for a total of $289,344.70, along with costs and attorneys' fees in the amount of $67,328.87, for a grand total of $356,673.57, plus post-judgment interest on the total amount of this judgment at the legal rate of 5.03 percent per annum, computed daily and compounded annually, from entry of this judgment until paid.

_____
**United States Magistrate Judge**

November 16, 2006